IN THE CIRCUIT COURT IN AND FOR SANTA ROSA COUNTY, FLORIDA

MYRA PRECISE,

Plaintiff,

vs. Case No.:

CREDIT ONE BANK,

Defendant.

_______________________________________/

**COMPLAINT**

Myra Precise (hereafter the "Plaintiff"), by and through undersigned counsel, hereby sues defendant, Credit One Bank (hereafter the "Defendant"), and states as follows:

**NATURE OF ACTION**

1. This is an action for injunctive relief and damages in excess of $15,000, exclusive of costs, interest and attorney's fees, brought by Plaintiff, Myra Precise, an individual consumer, for violations of the Telephone Consumer Protection Act, 47 U.S.C. §§ 227 *et seq*. (hereafter the "TCPA") and the Florida Consumer Collection Practices Act, Florida Statute §§ 559.55 *et seq*. (hereafter the "FCCPA") by Credit One Bank.

**JURISDICTION AND VENUE**

2. Jurisdiction of this Court arises pursuant to Fla. Stat. § 26.012, Fla. Stat. § 559.77(1) and 47 U.S.C. § 227(b)(3).

**THE PARTIES**

3. Plaintiff is an individual who resides in Santa Rosa County, Florida.

4. Plaintiff had an alleged debt to Defendant arising out of personal, family, or household purposes.

5. Plaintiff is a "consumer" as defined by Fla. Stat. § 559.55(2).

6. Defendant is a corporate entity responsible for attempting to collect a debt from Plaintiff and is transacting business in the State of Florida.

7. Defendant is a "debt collector," as defined by Fla. Stat. § 559.55(6).

8. Defendant is a "person" subject to regulations under Fla. Stat. § 559.72.

9. The debt is a consumer debt as defined by Fla. Stat. § 559.55(1).

## FACTUAL ALLEGATIONS

10. Beginning in June 2014, Plaintiff began to receive multiple telephone calls from Defendant to Plaintiff's cellular phone, (850) 698-3663, in an attempt to collect an alleged debt.

11. Plaintiff was the regular user and carrier of the cellular telephone (850) 698-3663 and was the called party and recipient of Defendant's described calls.

12. Defendant called Plaintiff using number(s) (206) 209-2296, (209) 247-1136, (214) 446-4407, (303) 586-7673, (310) 361-0035, (323) 395-2512, (404) 239-2814, (425) 242-3621, (470) 225-2571, (541) 225-4854, (678) 528-2858, (702) 224-2091, (732) 867-2871, (732) 867-2901, (855) 213-5764, (866) 372-2508, (866) 473-4868, and (973) 796-5994.

13. Despite her request for the calls to stop, Defendant continued to call Plaintiff's cellular phone.

14. Defendant called Plaintiff a minimum of 284 times between June 19, 2014 and December 26, 2014.

15. Exhibit "A" displays the times and dates of at least some of the telephone calls made by Defendant to Plaintiff's cellular telephone between June 19, 2014 to December 26, 2014.

16. Defendant attempted to collect a debt from Plaintiff by this campaign of telephone calls.

17. The telephone calls made to Plaintiff's cellular telephone were willfully or knowingly made.

18. The telephone calls made to Plaintiff's cellular telephone were made using an automatic telephone dialing system.

19. The telephone calls made by Defendant were made using artificial or prerecorded voice.

20. Defendant did not have Plaintiff's consent to call her cellular telephone using automatic dialing equipment.

21. The telephone calls made to Plaintiff's cellular telephone were not made for emergency purposes.

22. The phone numbers (206) 209-2296, (209) 247-1136, (214) 446-4407, (303) 586-7673, (310) 361-0035, (323) 395-2512, (404) 239-2814, (425) 242-3621, (470) 225-2571, (541) 225-4854, (678) 528-2858, (702) 224-2091, (732) 867-2871, (732) 867-2901, (855) 213-5764, (866) 372-2508, (866) 473-4868, and (973) 796-5994 are numbers that did or do belong to Defendant or its agents.

23. All conditions precedent to bringing this action have been performed or have been waived.

24. Defendant was continuously contacting Plaintiff to collect an alleged debt owed by Plaintiff.

**COUNT I- VIOLATIONS OF THE TCPA**

25. Plaintiff incorporates by reference paragraphs 1 through 24 of this Complaint.

26. Defendant willfully and knowingly placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system and/or used a pre-recorded or artificial voice to Plaintiff's cellular telephone without Plaintiff's consent in violation of 47 U.S.C. § 227(b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a. Damages; and

b. Such other or further relief as the Court deems equitable, just, or proper.

**COUNT II- VIOLATIONS OF FLORIDA CONSUMER COLLECTION PRACICES ACT**

27. Plaintiff incorporates by reference paragraphs 1 through 24 of this Complaint.

28. By continuing to contact Plaintiff despite having actual knowledge that Plaintiff did not consent to be called, by using automatic telephone dialing equipment to call Plaintiff's cellular telephone and leaving artificial or pre-recorded voicemails in her cellular telephone's voicemail box, by calling her at least 284, and by communicating with Plaintiff in a manner reasonably expected to harass Plaintiff, Defendant harassed Plaintiff in violation of Fla. Stat. § 559.72 (7).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a. Actual and statutory damages;

b. Attorney's fees, litigation expenses and costs of suit; and

c. Such other or further relief as the Court deems equitable, just, or proper.

**COUNT III- INJUNCTIVE RELIEF**

29. Plaintiff incorporates by reference paragraphs 1 through 24 of this Complaint.

30. Plaintiff seeks a permanent injunction prohibiting Defendant from continuing its violations of the FCCPA;

WHEREFORE, Plaintiff requests that the Court enter judgment:

a) Declaring that Defendant's practices violated the FCCPA;

b) Permanently enjoining the Defendant from engaging in the violative practices; and

c) Such other and further relief as the Court deems equitable, just, or proper.

Plaintiff demands a jury trial.

DATED on September 7, 2016.

/s/ Eric D. Stevenson
Eric D. Stevenson
Stevenson Klotz, LLP
Florida Bar No. 144495
212 W. Intendencia Street
Pensacola, FL 32502
(850) 444-0000
(866) 251-7888 – Facsimile
eric@stevensonklotz.com
serviceeds@stevensonklotz.com
Attorney for Plaintiff

**"Exhibit "A"- Call Log**
***Myra Precise v. Credit One Bank***

| Call Date/ Call Time | Telephone Number |
|---|---|
| 1. 06/19/2014 01:05:26 PM | 7328672901 |
| 2. 06/20/2014 09:01:13 AM | 7328672901 |
| 3. 06/20/2014 02:45:13 PM | 7328672901 |
| 4. 08/23/2014 01:43:35 PM | 8552135764 |
| 5. 08/23/2014 02:44:10 PM | 8663722508 |
| 6. 08/25/2014 05:36:18 PM | 8552135764 |
| 7. 08/25/2014 08:17:03 PM | 8552135764 |
| 8. 08/26/2014 12:02:46 PM | 8552135764 |
| 9. 08/26/2014 06:47:00 PM | 8552135764 |
| 10. 08/27/2014 12:09:41 PM | 8663722508 |
| 11. 08/27/2014 06:17:43 PM | 8663722508 |
| 12. 08/28/2014 07:54:39 PM | 8552135764 |
| 13. 08/29/2014 08:31:28 AM | 8552135764 |
| 14. 08/29/2014 09:50:29 AM | 8552135764 |
| 15. 08/29/2014 02:59:29 PM | 8663722508 |
| 16. 08/29/2014 05:18:35 PM | 8552135764 |
| 17. 08/30/2014 09:41:48 AM | 8552135764 |
| 18. 09/02/2014 02:39:14 PM | 8663722508 |
| 19. 09/06/2014 10:23:22 AM | 8552135764 |
| 20. 09/06/2014 12:42:43 PM | 8552135764 |

| | |
|---|---|
| 21. 09/10/2014 04:34:11 PM | 8552135764 |
| 22. 09/10/2014 08:30:14 PM | 8552135764 |
| 23. 09/11/2014 08:08:53 PM | 8552135764 |
| 24. 09/12/2014 09:21:47 AM | 8552135764 |
| 25. 09/12/2014 02:23:52 PM | 8663722508 |
| 26. 09/12/2014 03:30:13 PM | 8552135764 |
| 27. 09/12/2014 05:05:47 PM | 8552135764 |
| 28. 09/13/2014 09:48:29 AM | 8552135764 |
| 29. 09/14/2014 01:01:13 PM | 8552135764 |
| 30. 09/16/2014 08:12:05 PM | 8663722508 |
| 31. 09/17/2014 05:15:42 PM | 8552135764 |
| 32. 09/17/2014 08:18:33 PM | 8663722508 |
| 33. 09/19/2014 01:04:19 PM | 5412254854 |
| 34. 09/20/2014 10:29:47 AM | 5412254854 |
| 35. 09/20/2014 11:46:26 AM | 5412254854 |
| 36. 09/20/2014 02:10:55 PM | 5412254854 |
| 37. 09/20/2014 03:12:20 PM | 5412254854 |
| 38. 09/22/2014 11:54:23 AM | 2092471136 |
| 39. 09/22/2014 12:55:19 PM | 2092471136 |
| 40. 09/22/2014 06:16:33 PM | 2092471136 |
| 41. 09/23/2014 01:15:15 PM | 2144464407 |

| | |
|---|---|
| 42. 09/24/2014 12:45:58 PM | 3035867673 |
| 43. 09/24/2014 12:56:42 PM | 2092471136 |
| 44. 09/24/2014 06:32:18 PM | 2092471136 |
| 45. 09/24/2014 07:50:08 PM | 2092471136 |
| 46. 09/26/2014 01:58:29 PM | 3233952512 |
| 47. 09/26/2014 03:00:15 PM | 3233952512 |
| 48. 09/27/2014 10:41:26 AM | 4252423621 |
| 49. 09/27/2014 11:23:50 AM | 4252423621 |
| 50. 09/27/2014 11:25:26 AM | 4252423621 |
| 51. 09/27/2014 02:52:45 PM | 4252423621 |
| 52. 09/29/2014 10:30:44 AM | 5412254854 |
| 53. 09/29/2014 11:40:38 AM | 5412254854 |
| 54. 09/30/2014 11:54:43 AM | 3035867673 |
| 55. 09/30/2014 05:54:02 PM | 3035867673 |
| 56. 09/30/2014 07:03:11 PM | 3035867673 |
| 57. 10/02/2014 05:16:54 PM | 5412254854 |
| 58. 10/03/2014 11:51:35 AM | 2144464407 |
| 59. 10/03/2014 06:34:38 PM | 2144464407 |
| 60. 10/04/2014 10:17:42 AM | 3035867673 |
| 61. 10/04/2014 12:30:01 PM | 3035867673 |
| 62. 10/06/2014 07:54:54 PM | 3035867673 |

| | |
|---|---|
| 63. 10/07/2014 06:46:33 PM | 4252423621 |
| 64. 10/10/2014 09:01:53 AM | 7022242091 |
| 65. 10/10/2014 09:48:25 AM | 7022242091 |
| 66. 10/10/2014 11:09:24 AM | 7022242091 |
| 67. 10/10/2014 06:38:24 PM | 7022242091 |
| 68. 10/11/2014 09:43:43 AM | 2062092296 |
| 69. 10/11/2014 10:43:20 AM | 2062092296 |
| 70. 10/12/2014 10:18:56 AM | 2062092296 |
| 71. 10/12/2014 12:01:20 PM | 2062092296 |
| 72. 10/12/2014 01:08:21 PM | 2062092296 |
| 73. 10/14/2014 11:58:52 AM | 3035867673 |
| 74. 10/17/2014 01:05:39 PM | 3103610035 |
| 75. 10/18/2014 11:37:31 AM | 8664734868 |
| 76. 10/18/2014 02:23:29 PM | 8664734868 |
| 77. 10/18/2014 04:26:32 PM | 8664734868 |
| 78. 10/19/2014 12:05:24 PM | 8664734868 |
| 79. 10/19/2014 03:08:42 PM | 8664734868 |
| 80. 10/19/2014 04:22:12 PM | 8664734868 |
| 81. 10/21/2014 11:02:40 AM | 8664734868 |
| 82. 10/21/2014 12:26:58 PM | 8664734868 |
| 83. 10/21/2014 01:15:11 PM | 8664734868 |

| | |
|---|---|
| 84. 10/21/2014 01:51:42 PM | 8664734868 |
| 85. 10/22/2014 11:30:13 AM | 8664734868 |
| 86. 10/22/2014 03:36:39 PM | 8664734868 |
| 87. 10/22/2014 07:14:25 PM | 8664734868 |
| 88. 10/23/2014 09:57:58 AM | 8664734868 |
| 89. 10/23/2014 12:33:47 PM | 8664734868 |
| 90. 10/23/2014 02:13:12 PM | 8664734868 |
| 91. 10/23/2014 02:47:43 PM | 8664734868 |
| 92. 10/23/2014 03:14:27 PM | 8664734868 |
| 93. 10/23/2014 03:16:06 PM | 8664734868 |
| 94. 10/23/2014 03:23:49 PM | 8664734868 |
| 95. 10/24/2014 12:13:43 PM | 8664734868 |
| 96. 10/24/2014 02:13:49 PM | 8664734868 |
| 97. 10/24/2014 05:32:50 PM | 8664734868 |
| 98. 10/24/2014 08:16:36 PM | 8664734868 |
| 99. 10/26/2014 11:03:51 AM | 8664734868 |
| 100. 10/27/2014 11:19:20 AM | 8664734868 |
| 101. 10/27/2014 01:20:34 PM | 8664734868 |
| 102. 10/28/2014 11:40:39 AM | 8664734868 |
| 103. 10/28/2014 02:53:21 PM | 8664734868 |
| 104. 10/29/2014 11:24:37 AM | 8664734868 |

| | | |
|---|---|---|
| 105. | 10/29/2014 01:39:17 PM | 8664734868 |
| 106. | 10/29/2014 04:16:56 PM | 8664734868 |
| 107. | 10/29/2014 06:42:09 PM | 8664734868 |
| 108. | 10/29/2014 07:22:10 PM | 8664734868 |
| 109. | 10/30/2014 11:54:32 AM | 8664734868 |
| 110. | 10/30/2014 02:09:58 PM | 8664734868 |
| 111. | 10/30/2014 02:50:22 PM | 8664734868 |
| 112. | 10/31/2014 09:49:25 AM | 8664734868 |
| 113. | 10/31/2014 12:17:04 PM | 8664734868 |
| 114. | 10/31/2014 02:02:20 PM | 8664734868 |
| 115. | 10/31/2014 03:55:44 PM | 8664734868 |
| 116. | 11/02/2014 11:07:18 AM | 8664734868 |
| 117. | 11/03/2014 02:39:58 PM | 8664734868 |
| 118. | 11/04/2014 11:44:43 AM | 8664734868 |
| 119. | 11/05/2014 12:51:28 PM | 8664734868 |
| 120. | 11/07/2014 09:29:50 AM | 9737965994 |
| 121. | 11/07/2014 11:31:15 AM | 9737965994 |
| 122. | 11/07/2014 11:34:29 AM | 9737965994 |
| 123. | 11/07/2014 12:00:09 PM | 9737965994 |
| 124. | 11/08/2014 09:12:10 AM | 9737965994 |
| 125. | 11/09/2014 09:19:20 AM | 9737965994 |

| | | |
|---|---|---|
| 126. | 11/11/2014 12:03:32 PM | 9737965994 |
| 127. | 11/12/2014 12:29:10 PM | 9737965994 |
| 128. | 11/12/2014 02:30:50 PM | 9737965994 |
| 129. | 11/19/2014 05:04:12 PM | 9737965994 |
| 130. | 11/23/2014 08:19:14 AM | 9737965994 |
| 131. | 11/23/2014 09:55:39 AM | 9737965994 |
| 132. | 11/23/2014 11:05:22 AM | 9737965994 |
| 133. | 11/23/2014 12:24:18 PM | 9737965994 |
| 134. | 11/23/2014 01:44:19 PM | 9737965994 |
| 135. | 11/23/2014 02:50:18 PM | 9737965994 |
| 136. | 11/23/2014 04:00:15 PM | 9737965994 |
| 137. | 11/24/2014 12:19:13 PM | 9737965994 |
| 138. | 11/24/2014 02:30:50 PM | 9737965994 |
| 139. | 11/24/2014 06:23:37 PM | 9737965994 |
| 140. | 11/25/2014 11:54:05 AM | 8664734868 |
| 141. | 11/25/2014 05:41:58 PM | 8664734868 |
| 142. | 11/26/2014 07:04:51 PM | 4702252571 |
| 143. | 11/28/2014 08:31:18 AM | 9737965994 |
| 144. | 11/28/2014 10:01:43 AM | 9737965994 |
| 145. | 11/28/2014 12:01:00 PM | 9737965994 |
| 146. | 11/28/2014 01:16:09 PM | 9737965994 |

| | | |
|---|---|---|
| 147. | 11/28/2014 02:19:26 PM | 9737965994 |
| 148. | 11/28/2014 03:15:39 PM | 9737965994 |
| 149. | 11/28/2014 04:13:22 PM | 9737965994 |
| 150. | 11/28/2014 05:07:06 PM | 9737965994 |
| 151. | 11/28/2014 06:25:48 PM | 9737965994 |
| 152. | 11/29/2014 09:48:55 AM | 8664734868 |
| 153. | 11/29/2014 11:36:11 AM | 8664734868 |
| 154. | 11/29/2014 12:57:25 PM | 8664734868 |
| 155. | 11/29/2014 02:05:37 PM | 8664734868 |
| 156. | 11/29/2014 03:03:22 PM | 8664734868 |
| 157. | 11/29/2014 03:57:30 PM | 8664734868 |
| 158. | 11/29/2014 04:36:31 PM | 8664734868 |
| 159. | 11/29/2014 05:30:46 PM | 8664734868 |
| 160. | 11/29/2014 06:57:53 PM | 8664734868 |
| 161. | 11/30/2014 08:34:11 AM | 8664734868 |
| 162. | 11/30/2014 09:45:51 AM | 8664734868 |
| 163. | 11/30/2014 10:53:18 AM | 8664734868 |
| 164. | 11/30/2014 11:56:23 AM | 8664734868 |
| 165. | 11/30/2014 01:08:36 PM | 8664734868 |
| 166. | 11/30/2014 02:13:41 PM | 8664734868 |
| 167. | 11/30/2014 03:09:52 PM | 8664734868 |

| | | |
|---|---|---|
| 168. | 11/30/2014 03:53:57 PM | 8664734868 |
| 169. | 11/30/2014 05:20:34 PM | 8664734868 |
| 170. | 12/01/2014 10:45:08 AM | 4702252571 |
| 171. | 12/01/2014 12:29:11 PM | 4702252571 |
| 172. | 12/01/2014 01:44:15 PM | 4702252571 |
| 173. | 12/01/2014 03:45:50 PM | 4702252571 |
| 174. | 12/01/2014 04:38:23 PM | 4702252571 |
| 175. | 12/01/2014 05:24:24 PM | 4702252571 |
| 176. | 12/01/2014 06:50:36 PM | 4702252571 |
| 177. | 12/02/2014 12:19:46 PM | 9737965994 |
| 178. | 12/03/2014 12:03:44 PM | 8664734868 |
| 179. | 12/03/2014 05:44:04 PM | 8664734868 |
| 180. | 12/03/2014 07:09:47 PM | 8664734868 |
| 181. | 12/04/2014 11:57:04 AM | 4702252571 |
| 182. | 12/04/2014 06:51:48 PM | 4702252571 |
| 183. | 12/05/2014 08:21:07 AM | 9737965994 |
| 184. | 12/05/2014 09:52:40 AM | 9737965994 |
| 185. | 12/05/2014 11:28:23 AM | 9737965994 |
| 186. | 12/05/2014 12:54:11 PM | 9737965994 |
| 187. | 12/05/2014 02:56:33 PM | 9737965994 |
| 188. | 12/05/2014 03:57:06 PM | 9737965994 |

| | | |
|---|---|---|
| 189. | 12/06/2014 08:34:24 AM | 8664734868 |
| 190. | 12/06/2014 10:11:30 AM | 8664734868 |
| 191. | 12/06/2014 12:57:59 PM | 8664734868 |
| 192. | 12/06/2014 02:01:34 PM | 8664734868 |
| 193. | 12/06/2014 03:39:26 PM | 8664734868 |
| 194. | 12/06/2014 04:23:09 PM | 8664734868 |
| 195. | 12/06/2014 05:35:34 PM | 8664734868 |
| 196. | 12/07/2014 08:21:53 AM | 8664734868 |
| 197. | 12/07/2014 09:56:06 AM | 8664734868 |
| 198. | 12/07/2014 11:04:07 AM | 8664734868 |
| 199. | 12/07/2014 12:26:43 PM | 8664734868 |
| 200. | 12/07/2014 01:44:59 PM | 8664734868 |
| 201. | 12/07/2014 02:42:13 PM | 8664734868 |
| 202. | 12/07/2014 03:43:19 PM | 8664734868 |
| 203. | 12/07/2014 06:37:56 PM | 8664734868 |
| 204. | 12/08/2014 12:31:29 PM | 7328672871 |
| 205. | 12/08/2014 03:02:52 PM | 7328672871 |
| 206. | 12/08/2014 04:18:04 PM | 7328672871 |
| 207. | 12/08/2014 06:19:44 PM | 7328672871 |
| 208. | 12/08/2014 06:21:51 PM | 7328672871 |
| 209. | 12/08/2014 07:14:00 PM | 7328672871 |

| | | |
|---|---|---|
| 210. | 12/09/2014 07:21:17 PM | 4042392814 |
| 211. | 12/09/2014 07:41:32 PM | 4042392814 |
| 212. | 12/10/2014 02:16:58 PM | 6785282858 |
| 213. | 12/10/2014 05:33:53 PM | 6785282858 |
| 214. | 12/11/2014 12:23:59 PM | 4702252571 |
| 215. | 12/11/2014 06:46:39 PM | 4702252571 |
| 216. | 12/12/2014 11:35:16 AM | 8664734868 |
| 217. | 12/12/2014 04:19:35 PM | 8664734868 |
| 218. | 12/12/2014 05:06:46 PM | 8664734868 |
| 219. | 12/12/2014 05:54:17 PM | 8664734868 |
| 220. | 12/13/2014 08:30:24 AM | 7328672871 |
| 221. | 12/13/2014 10:12:36 AM | 7328672871 |
| 222. | 12/13/2014 12:04:08 PM | 7328672871 |
| 223. | 12/13/2014 01:30:18 PM | 7328672871 |
| 224. | 12/13/2014 02:39:37 PM | 7328672871 |
| 225. | 12/13/2014 03:37:03 PM | 7328672871 |
| 226. | 12/13/2014 04:26:53 PM | 7328672871 |
| 227. | 12/13/2014 05:18:34 PM | 7328672871 |
| 228. | 12/13/2014 06:35:11 PM | 7328672871 |
| 229. | 12/13/2014 07:53:40 PM | 7328672871 |
| 230. | 12/14/2014 08:47:11 AM | 7328672871 |

| | | |
|---|---|---|
| 231. | 12/14/2014 10:08:55 AM | 7328672871 |
| 232. | 12/14/2014 11:27:36 AM | 7328672871 |
| 233. | 12/14/2014 12:47:48 PM | 7328672871 |
| 234. | 12/14/2014 01:44:41 PM | 7328672871 |
| 235. | 12/14/2014 02:40:09 PM | 7328672871 |
| 236. | 12/14/2014 03:34:08 PM | 7328672871 |
| 237. | 12/14/2014 04:36:22 PM | 7328672871 |
| 238. | 12/15/2014 11:46:14 AM | 9737965994 |
| 239. | 12/15/2014 05:29:23 PM | 9737965994 |
| 240. | 12/16/2014 12:26:04 PM | 6785282858 |
| 241. | 12/16/2014 05:25:26 PM | 6785282858 |
| 242. | 12/16/2014 07:22:55 PM | 6785282858 |
| 243. | 12/17/2014 12:28:33 PM | 4042392814 |
| 244. | 12/17/2014 05:03:28 PM | 4042392814 |
| 245. | 12/17/2014 06:31:07 PM | 4042392814 |
| 246. | 12/18/2014 02:31:26 PM | 8664734868 |
| 247. | 12/18/2014 05:13:32 PM | 8664734868 |
| 248. | 12/18/2014 06:33:46 PM | 8664734868 |
| 249. | 12/19/2014 08:23:26 AM | 4702252571 |
| 250. | 12/19/2014 09:48:32 AM | 4702252571 |
| 251. | 12/19/2014 11:22:52 AM | 4702252571 |

| | | |
|---|---|---|
| 252. | 12/19/2014 02:05:21 PM | 4702252571 |
| 253. | 12/19/2014 03:02:02 PM | 4702252571 |
| 254. | 12/19/2014 04:03:11 PM | 4702252571 |
| 255. | 12/19/2014 04:47:22 PM | 4702252571 |
| 256. | 12/19/2014 07:37:26 PM | 4702252571 |
| 257. | 12/20/2014 08:43:16 AM | 7328672871 |
| 258. | 12/20/2014 10:13:17 AM | 7328672871 |
| 259. | 12/20/2014 11:50:04 AM | 7328672871 |
| 260. | 12/20/2014 01:03:39 PM | 7328672871 |
| 261. | 12/20/2014 02:05:48 PM | 7328672871 |
| 262. | 12/20/2014 02:53:53 PM | 7328672871 |
| 263. | 12/20/2014 03:35:03 PM | 7328672871 |
| 264. | 12/20/2014 04:20:12 PM | 7328672871 |
| 265. | 12/20/2014 09:04:14 PM | 7328672871 |
| 266. | 12/21/2014 08:28:29 AM | 7328672871 |
| 267. | 12/21/2014 09:47:25 AM | 7328672871 |
| 268. | 12/21/2014 11:00:35 AM | 7328672871 |
| 269. | 12/21/2014 12:07:31 PM | 7328672871 |
| 270. | 12/21/2014 12:59:17 PM | 7328672871 |
| 271. | 12/21/2014 01:53:17 PM | 7328672871 |
| 272. | 12/21/2014 02:36:28 PM | 7328672871 |

| | | |
|---|---|---|
| 273. | 12/21/2014 03:22:29 PM | 7328672871 |
| 274. | 12/21/2014 04:18:24 PM | 7328672871 |
| 275. | 12/21/2014 06:16:56 PM | 7328672871 |
| 276. | 12/22/2014 12:12:47 PM | 8664734868 |
| 277. | 12/22/2014 06:02:01 PM | 8664734868 |
| 278. | 12/23/2014 06:24:21 PM | 9737965994 |
| 279. | 12/24/2014 11:38:15 AM | 4042392814 |
| 280. | 12/26/2014 08:17:59 AM | 6785282858 |
| 281. | 12/26/2014 09:55:54 AM | 6785282858 |
| 282. | 12/26/2014 11:57:08 AM | 6785282858 |
| 283. | 12/26/2014 01:34:10 PM | 6785282858 |
| 284. | 12/26/2014 02:46:08 PM | 6785282858 |